# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CHANCEY, ) | NO. CV 11-10025 FMO |
|     Plaintiff, ) | |
| v. ) | **JUDGMENT** |
| MICHAEL J. ASTRUE, ) COMMISSIONER OF SOCIAL SECURITY ) ADMINISTRATION, ) | |
|     Defendant. ) | |

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed and this matter remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for the awarding of benefits.

Dated this 28th day of September, 2012.

                                            /s/
                                Fernando M. Olguin
                            United States Magistrate Judge